UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH JAY WILSON,

        Plaintiff,

 -against-

SIMON & SHUSTER, Inc.,
JOHN DOES 1-10,

        Defendants.
------------------------------------------------------------X

JUDGMENT
05-CV- 4108 (FB)

 A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 31, 2006, dismissing the complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

 ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
   January 31, 2006

                ROBERT C. HEINEMANN
                Clerk of Court